UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 

JUDGE PRESKA

Civil Action No. _____

07 CV 4166

MAY 29 2007

### PLAINTIFF MIRANT NEW YORK, LLC'S RULE 7.1. CORPORATE DISCLOSURE STATEMENT

Plaintiff Mirant New York, LLC files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

1. Mirant New York, LLC is a Delaware limited liability company.

2. Mirant North American, LLC, a Delaware corporation is the sole member of Mirant New York, LLC.

Respectfully submitted this 29th day of May, 2007.

_____
Piret Loone (PL 6597)
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

Of Counsel:
Forrest W. Hunter
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000

LEGAL02/30386698v1