IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LOCAL UNION NO. 503 OF )<br>THE INTERNATIONAL )<br>BROTHERHOOD OF ELECTRICAL )<br>WORKERS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-CV-4166 (LAP) |

### NOTICE OF PLAINTIFF MIRANT NEW YORK, INC.'S MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Plaintiff Mirant New York, Inc. moves this Court for an Order granting preliminary and permanent injunctive relief and other relief against Defendant Local Union No. 503 of the International Brotherhood of Electrical Workers, as fully set forth in the accompanying Memorandum in Support of Plaintiff New York, Inc.'s Motion for Preliminary Injunction, which motion shall be heard at a date and time to be designated by the Court.

Dated: June 1st, 2007

/s/Piret Loone
Piret Loone (PL 6597)
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

*Counsel for Plaintiff Mirant New York, Inc.*

- 2 -

Of Counsel:
Forrest W. Hunter
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000