# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-CV-4166 |
| ) | |
| LOCAL UNION NO. 503 OF ) | |
| THE INTERNATIONAL ) | |
| BROTHERHOOD OF ELECTRICAL ) | |
| WORKERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF JULIE JOHNSON

I, Julie Johnson, pursuant to 28 U.S.C. § 1746, hereby affirm that I am over 18 years of age and am competent to make the following Declaration:

1.  This declaration is made upon my personal knowledge.

2.  I am currently employed with Mirant Services, LLC ("Mirant") as the Manager, Retirement Plans. In my position as Manager, Retirement Plans, my job responsibilities include the design, development, and implementation of Mirant's defined benefit plans, including the Mirant Services Pension Plan for Bargaining Unit Employees ("Mirant Plan"). My job responsibilities require me to be familiar with the Mirant Plan as well as the related Pension Summary Plan Description ("SPD"). The SPD is a summary of the Mirant Plan and is given periodically to all employees covered by the Mirant Plan.

3.  A true and correct copy of the Mirant Plan with the Schedule that applies to this Union is attached to this Declaration as Exhibit 1. A true and correct copy of the

SPD dated March 2002 (hired after June 1, 2000) for the Mirant Plan that applies to this Union is attached to this Declaration as Exhibit 2, and a true and correct copy of the SPD dated September 2002 (hired on or before June 1, 2000) for the Mirant Plan that applies to this Union is attached to this Declaration as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Julie Johnson

Executed on this 30th day of May, 2007.