AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

MIRANT NEW YORK, LLC

**SUMMONS IN A CIVIL CASE**

V.

LOCAL UNION 503 OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS

CASE NUMBER: 07 CV 4166

JUDGE PRESKA

TO: (Name and address of defendant)

Local 503 of the International Brotherhood of Electrical Workers
Attn: James C. Humphrey, President/Business Manager
3 Rieger Drive
Monroe, NY 10950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Piret Loone
Alston & Bird LLP
New York, NY 10016-1387

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 29 2007

**J. MICHAEL McMAHON**

CLERK

DATE

(BY) DEPUTY CLERK

**AFFIDAVIT OF SERVICE**

ATTORNEY: DLS
FF/INDEX #:
DATE FILED: 5/29/07
DOCKET #:

07 CV 4166

MIRANT NEW YORK, LLC,

Plaintiff(s)/Petitioners(s)

- AGAINST -

LOCAL UNION 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/1/07 at 2:00 PM at 3 RIEGER DRIVE MONROE, NY 10950

deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT FOR DECLATORY JUDGMENT AND INJUNCTIVE RELIEF, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA,*

on LOCAL UNION 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS therein named

CORPORATION ☑ By delivering to and leaving with JAMES C. HUMPHREY so served to be the PRESIDENT/BUSINESS MANAGER
and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

DESCRIPTION Deponent describes the individual served as follows:
MALE, WHITE SKIN, GREY HAIR, 65 YRS., 6'3" (WAS SEATED), 270 LBS.
Other identifying features:

*INDIVDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX, CONSENT TO PROCEED BEFORE

**3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

Sworn to before me on: JUNE 1, 2007

MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958