| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK COUNTY OF | **AFFIDAVIT OF SERVICE** |
| MIRANT NEW YORK, INC., | ATTORNEY: DLS<br>FF/INDEX #:  07-CV-4166 (LAP<br>DATE FILED:<br>DOCKET #: |

Plaintiff(s)/Petitioners(s)

- AGAINST -

LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **6/5/07** at **10:40 AM** at **THREE RIEGER DRIVE MONROE, NY 10950**

deponent served the within *MEMORANDUM IN SUPPORT OF PLAINTIFF MIRANT NEW YORK, INC.'S MOTION FOR PRELIMINARY INJUNCTION & NOTICE OF PLAINTIFF MIRANT NEW YORK, INC.'S MOTION FOR PRELIMINARY

on **LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS** therein named

**CORPORATION** [✓] By delivering to and leaving with **JAMES C. HUMPHREY** so served to be the **PRESIDENT** and that he knew the person of the corporation, and authorized to accept service.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:
**MALE, WHITE SKIN, GREY HAIR, 60-65 YRS., 6'2", 270 LBS.**
Other identifying features:
**BALDING, WAS SEATED**

* INJUNCTION

Sworn to before me on: **JUNE 5, 2007**

*(signature)* JOANN JOHNSON     *(signature)* MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20 10
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958