IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LOCAL UNION NO. 503 OF ) <br> THE INTERNATIONAL ) <br> BROTHERHOOD OF ELECTRICAL ) <br> WORKERS, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 07-CV-4166 (LAP) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Piret Loone, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

>   Forrest W. Hunter
>   Alston & Bird LLP
>   1201 West Peachtree Street
>   Atlanta, GA 30324
>   Telephone: (404) 881-7000
>   Facsimile: (404) 881-7777

Forrest W. Hunter is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Mr. Hunter in any State or Federal court.

Dated: June 8, 2007

Respectfully submitted,

_____
Piret Loone (PL 6597)

LEGAL02/30397071v1

ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 07-CV-4166 (LAP) |
| | ) |
| LOCAL UNION NO. 503 OF | ) |
| THE INTERNATIONAL | ) |
| BROTHERHOOD OF ELECTRICAL | ) |
| WORKERS, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF PIRET LOONE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York
County of New York

PIRET LOONE, being duly sworn, hereby deposes and says as follows:

1. I am an associate of the law firm of Alston & Bird, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Forrest W. Hunter as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2002. I am also admitted to the bar of the United State Court for the Southern District of New York, and am in good standing with this Court.

3. I have known of Forrest W. Hunter since 2006.

4. Mr. Hunter is a Partner at Alston & Bird, LLP in Atlanta, Georgia.

5. I have found Mr. Hunter to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Forrest W. Hunter, pro hac vice.

LEGAL02/30397116v1

- 2 -

7.	I respectfully submit the order granting the admission of Forrest W. Hunter, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Forrest W. Hunter, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

*[signature]*

Piret Loone (PL 6597)
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

Sworn and subscribed
before me, this 8 day of
June_____, 2007.

*[signature]*

Notary Public

August 29, 2009
My Commission Expires

AMANDA SHALLCROSS
Notary Public, State of New York
No. 01SH6132855
Qualified in New York County
Commission Expires August 29, 2009



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **FORREST W. HUNTER , State Bar No. 378850,** was duly admitted to practice in said Court on October 23, 1978, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 6th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Jamee Green*
Jamee Green
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Civil Action No. 07-CV-4166 (LAP) |
| LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | ) ) ) ) ) ) |
| Defendant. | ) ) ) |

ORDER FOR ADMISSION PRO HACE VICE ON WRITTEN MOTION

Upon motion of Piret Loone, attorney for Plaintiff Mirant New York, Inc. and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that

Forrest W. Hunter
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30324
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: forrest.hunter@alston.com

is admitted to practice pro hac vice as counsel for Plaintiff Mirant New York, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply of an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

- 2 -

Dated: _____
New York, New York

                                      _____
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-CV-4166 (LAP) |
| ) | |
| LOCAL UNION NO. 503 OF ) | |
| THE INTERNATIONAL ) | |
| BROTHERHOOD OF ELECTRICAL ) | |
| WORKERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, a true copy of the foregoing, MOTION TO ADMIT COUNSEL PRO HAC VICE was mailed, via first-class mail, postage pre-paid to:

> Local 503 of the International Brotherhood of Electrical Workers
> Attn: James C. Humphrey, President/Business Manager
> 3 Rieger Drive
> Monroe, NY 10950

_____
Piret Loone (PL 6597)
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

*Counsel for Plaintiff Mirant New York, Inc.*

- 3 -