21-Jun-2007 03:06pm From-COHEN,LEDER,MONTALBANO & GROSSMAN +9082989333

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/07

# COHEN, LEDER, MONTALBANO & GROSSMAN

A LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW
1700 GALLOPING HILL ROAD
(AT GARDEN STATE PARKWAY, EXIT 139)
KENILWORTH, N.J. 07033

(908) 298-8800

Firm E-MAIL
cohen_leder@yahoo.com

FAX
(908) 298-9333

EDWARD A. COHEN
BRUCE D. LEDER
PAUL A. MONTALBANO
DAVID GROSSMAN

DONALD RAYMAR
MICHAEL A. MCLAUGHLIN

ALSO NY BAR

DIRECT E-MAIL
COHEN- edcohenesq@yahoo.com
LEDER- UNIONLEDER@YAHOO.COM
MONTALBANO- MONTALBANOEMAIL@YAHOO.COM
GROSSMAN- davegrossmancsq@yahoo.com
MCLAUGHLIN- mclaughlincsq@yahoo.com

June 21, 2007

*Via Fax: 212-805-7941*
Honorable Loretta A. Presca
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Mirant New York -vs- Local Union No. 503 of the International Brotherhood
      of Electrical Workers
      Docket No.: 07-CV-4166 (LAP)

Dear Judge Presca:

This law firm is counsel to Defendant in the above-referenced civil action.

Allow this letter to serve as a request for a ten (10) day extension of time within which Defendant may answer, move or otherwise reply to the Complaint filed by Plaintiff, Mirant New York, Inc., herein and it is advised that service of process has been effectuated, no previous extension has been obtained and the time to answer, move or otherwise reply expires on June 24, 2007.

Very truly yours,

PAUL A. MONTALBANO

*[Handwritten: Application granted. SO ORDERED. [signature] USDJ 6-22-07]*

PAM:co

cc:   Piret Loone, Esq.