UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, L.L.C.,<br><br>                  Plaintiff,<br><br>vs.<br><br>LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>                  Defendant | Civil Action No.: 07-CV-4166<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Local Union No. 503 of the International Brotherhood of Electrical Worker, (a private non-governmental party) certifies the following: There are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Date: 6/28/2007

By: _____
PAUL A. MONTALBANO, ESQ.
Cohen, Leder, Montalbano &
Grossman, LLC
1700 Galloping Hill Road
Kenilworth, N.J. 07033
908-298-8800
Bar Code: PM5168