IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/07

| | |
|---|---|
| MIRANT NEW YORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-CV-4166 (LAP) |
| ) | |
| LOCAL UNION NO. 503 OF ) | |
| THE INTERNATIONAL ) | |
| BROTHERHOOD OF ELECTRICAL ) | |
| WORKERS, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR ADMISSION PRO HACE VICE ON WRITTEN MOTION

Upon motion of Piret Loone, attorney for Plaintiff Mirant New York, Inc. and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that

Charles A. Gartland II
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: chuck.gartland@alston.com

is admitted to practice pro hac vice as counsel for Plaintiff Mirant New York, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply of an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

July 3, 2007

SO ORDERED.

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

LEGAL02/30432636v1