**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LOCAL UNION NO. 503 OF ) <br> THE INTERNATIONAL ) <br> BROTHERHOOD OF ELECTRICAL ) <br> WORKERS, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 07-CV-4166 (LAP) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Piret Loone, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Charles A. Gartland II
> Alston & Bird LLP
> 1201 West Peachtree Street
> Atlanta, GA 30309-3424
> Telephone: (404) 881-7000
> Facsimile: (404) 881-7777

Charles A. Gartland II is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Mr. Gartland in any State or Federal court.

LEGAL02/30432623v1

- 2 -

Dated: *July 2, 2007*

Respectfully submitted,

*Piret Loone*

Piret Loone (PL 6597)
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

*Counsel for Plaintiff Mirant New York, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-CV-4166 (LAP) |
| ) | |
| LOCAL UNION NO. 503 OF ) | |
| THE INTERNATIONAL ) | |
| BROTHERHOOD OF ELECTRICAL ) | |
| WORKERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT OF PIRET LOONE IN SUPPORT OF MOTION
## TO ADMIT COUNSEL PRO HAC VICE

State of New York
County of New York

PIRET LOONE, being duly sworn, hereby deposes and says as follows:

1. I am an associate of the law firm of Alston & Bird, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Charles A. Gartland II as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Gartland since early 2007.

4. Mr. Gartland is an associate at Alston & Bird, LLP in Atlanta, Georgia.

5. I have found Mr. Gartland to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Charles A. Gartland II, pro hac vice.

7.  I respectfully submit the order granting the admission of Charles A. Gartland II, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Charles A. Gartland II, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

*/s/ Piret Loone*

Piret Loone (PL 6597)
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

Sworn and subscribed
before me, this 2ND day of
July, 2007.

*/s/ Kim Fitzgerald*
Notary Public

8/9/09
My Commission Expires

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20 09

- 2 -



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **CHARLES A. GARTLAND II, State Bar No. 286860,** was duly admitted to practice in said Court on February 3, 2003, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-CV-4166 (LAP) |
| ) | |
| LOCAL UNION NO. 503 OF ) | |
| THE INTERNATIONAL ) | |
| BROTHERHOOD OF ELECTRICAL ) | |
| WORKERS, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR ADMISSION PRO HACE VICE ON WRITTEN MOTION

Upon motion of Piret Loone, attorney for Plaintiff Mirant New York, Inc. and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that

Charles A. Gartland II
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: chuck.gartland@alston.com

is admitted to practice pro hac vice as counsel for Plaintiff Mirant New York, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply of an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

- 2 -

Dated: _____
New York, New York

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANT NEW YORK, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LOCAL UNION NO. 503 OF )<br>THE INTERNATIONAL )<br>BROTHERHOOD OF ELECTRICAL )<br>WORKERS, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-CV-4166 (LAP) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, a true copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE and supporting exhibits was mailed, via first-class mail, postage pre-paid to:

Paul A. Montalbano
Cohen, Leder, Montalbano & Grossman, LLC
1700 Galloping Hill Road
Kenilworth, NJ 07033

_____
Piret Loone (PL 6597)
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

*Counsel for Plaintiff Mirant New York, Inc.*