IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MIRANT NEW YORK, INC.,

Plaintiff,

vs.

LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

Defendant.

Civil Action No. 07-CV-4166 (LAP)

STIPULATION OF DISMISSAL

The parties have reached a satisfactory settlement regarding the matters at issue in this case and no longer have a dispute between them. Accordingly, the undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and other applicable law, the above-styled action is hereby DISMISSED WITHOUT PREJUDICE. The parties agree to bear their own costs and expenses of litigation.

Stipulated and agreed to this 18th day of March, 2008.

COUNSEL FOR PLAINTIFF

Charles A. Gartland II (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404-881-7000

Forrest W. Hunter (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404-881-7000

Piret Loone (PL 6597)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400

COUNSEL FOR DEFENDANT

Paul A. Montalbano
COHEN, LEDER, MONTALBANO & GROSSMAN, LLC
1700 Galloping Hill Road
Kenilworth, NJ 07033
Telephone: 908-298-8800

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MIRANT NEW YORK, LLC,

Plaintiff,

vs.

LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

Defendant.

Civil Action No. 07-CV-4166 (LAP)

CERTIFICATE OF SERVICE

I hereby certify that on March 18th, 2008, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Piret Loone, Forrest W. Hunter, and Charles A. Gartland II, counsel for Plaintiff; Paul A. Montalbano, counsel for Defendant.

I further certify that on March 18, 2008, a true copy of the foregoing document will be mailed, via first-class mail, postage pre-paid to the following non-CM/ECF participants:

Robert Dembia
350 Broadway, Suite 210
New York, NY 10013

Charles A. Gartland II
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

*Counsel for Plaintiff Mirant New York, LLC*