IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MIRANT NEW YORK, INC., )
)
    Plaintiff, )
)
vs. ) Civil Action No. 07-CV-4166 (LAP)
)
LOCAL UNION NO. 503 OF )
THE INTERNATIONAL )
BROTHERHOOD OF ELECTRICAL )
WORKERS, )
)
    Defendant. )
)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

## STIPULATION OF DISMISSAL

The parties have reached a satisfactory settlement regarding the matters at issue in this case and no longer have a dispute between them. Accordingly, the undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and other applicable law, the above-styled action is hereby DISMISSED WITHOUT PREJUDICE. The parties agree to bear their own costs and expenses of litigation.

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

*So ordered*
*Loretta A. Preska*
*USDJ*

*March 19, 2008*

LEGAL02/30724057v1

Stipulated and agreed to this 18th day of March, 2008.

COUNSEL FOR PLAINTIFF

*Charles Gartland* (signature)

Charles A. Gartland II (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404-881-7000

Forrest W. Hunter (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404-881-7000

Piret Loone (PL 6597)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400

COUNSEL FOR DEFENDANT

*Paul Montalbano* (signature)

Paul A. Montalbano
COHEN, LEDER, MONTALBANO & GROSSMAN, LLC
1700 Galloping Hill Road
Kenilworth, NJ 07033
Telephone: 908-298-8800